# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED

2004 DEC -9 P 2:43

U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES OF AMERICA

v.

EDWIN GONZALEZ

CASE #3:04CR293(PCD)

DECEMBER 7, 2004

## MOTION TO CONTINUE SENTENCING DATE

The defendant, through counsel, respectfully requests that his sentencing date of December 20, 2004 be continued.

In support of said motion, counsel represents the following:

1. That counsel has conferred with the United States Attorney's Office, and that office and the defendant agree that it would be in the interest of justice to continue his sentencing date until late January, 2005.

THE DEFENDANT, EDWIN GONZALEZ

By_____
Atty. Timothy P. Aspinwall    Fed. Bar #03452
3200 Main Street
Stratford, CT 06614
Tel: (203) 377-7348
FAX: (203) 378-1836
E-Mail: atty.aspinwall@sbcglobal.net

1

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid, on the date first hereinabove written, to the following:

Original sent to:

Clerk, U. S. District Court
141 Church Street
New Haven, CT 06510


Copy sent to:

Assistant U. S. Attorney Stephen B. Reynolds
United States Attorney's Office
915 Lafayette Boulevard – Room 309
Bridgeport, CT 06604

Timothy P. Aspinwall

2