UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

AMENDED Sentencing Calendar

Honorable Peter C. Dorsey, U. S. D. J.
141 Church Street
New Haven
Courtroom #1

**April 18, 2005**

**9:00 A.M.**

**PLEASE NOTE: Rescheduled from January 17, 2005**

REMEMBER A SPECIAL ASSESSMENT ON EACH COUNT OF CONVICTION MUST BE PAID AT THE TIME OF SENTENCING.

CASE NO.   3-04-cr-293 (PCD)   USA v. Edwin Gonzalez

COUNSEL OF RECORD:

| | |
|---|---|
| Stephen B. Reynolds, AUSA | U.S. Attorneys Office, 915 Lafayette Blvd., Room 309, Bridgeport, CT 06604 203-696-3000 |
| Timothy P. Aspinwall, Esq. | Aspinwall & Aspinwall, 3200 Main St., Statford, CT 06497 203-377-7348 |
| U.S. Probation Office | 157 Church St., New Haven, CT 06510 203-773-2100 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK