# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.

EDWIN GONZALEZ

CASE #3:04CR293(PCD)

JUNE 7, 2005



## MOTION FOR CONTINUANCE OF SENTENCING DATE

The defendant, through counsel, respectfully requests a 60-day continuance for sentencing. In support of said motion, counsel represents the following:

1. That Mr. Gonzalez is cooperating with federal authorities.

2. That his cooperation is ongoing, and that it is expected that he will be needed in other proceedings.

3. That the Government and the defense are in agreement with said motion.

4. That we believe it would be in the interest of justice to continue Mr. Gonzalez's sentencing date for 60 days.

5. Mr. Gonzalez will waive any and all speedy trial rights associated with said motion.

1

For all the foregoing reasons, the defendant, through counsel, respectfully requests a 60-day continuance for sentencing.

THE DEFENDANT, EDWIN GONZALEZ

By_____
Atty. Timothy P. Aspinwall    ct #03452
3200 Main Street
Stratford, CT 06614
Tel: (203) 377-7348
FAX: (203) 378-1836
E-Mail: atty.aspinwall@sbcglobal.net

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid, on the date first hereinabove written, to the following:

**Original sent to:**
Clerk, U. S. District Court
141 Church Street
New Haven, CT 06510

**Copies sent to:**

Assistant U. S. Attorney Stephen B. Reynolds
United States Attorney's Office
915 Lafayette Boulevard – Room 309
Bridgeport, CT 06604

Hon. Peter C. Dorsey
Senior U. S. District Judge
141 Church Street
New Haven, CT 06510

_____
Timothy P. Aspinwall