UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 3:04CR293(PCD) |
| | : | |
| v. | : | |
| | : | |
| EDWIN GONZALEZ | : | OCTOBER 11, 2006 |

**GOVERNMENT'S MOTION PURSUANT TO U.S.S.G. § 3E1.1(b)**

The United States of America respectfully requests that the Court accord the defendant an additional 1-level adjustment for acceptance of responsibility pursuant to U.S.S.G. § 3E1.1(b). In support of this motion the United States states:

1.      On or about October 1, 2004, the defendant, Edwin Gonzalez appeared before this Court and pleaded guilty to a one-count information charging him with conspiracy to possess with intent to distribute one kilogram or more of heroin, in violation of Title 21 U.S.C. §§ 846 and 841(b)(1)(A).

2. Pursuant to the plea agreement in this matter, the United States has recommended that the defendant receive a downward adjustment for acceptance of responsibility pursuant to U.S.S.G. § 3E1.1(a) because the defendant has demonstrated acceptance of responsibility for his offense.

3.  The defendant's adjusted offense level is 16 or greater and the defendant has assisted authorities in the prosecution of his own misconduct by timely notifying authorities of his intention to enter a plea of guilty, thereby permitting the United States to avoid preparing for trial and permitting the United States and the Court to allocate their resources efficiently.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY



STEPHEN B. REYNOLDS
ASSISTANT UNITED STATES ATTORNEY
FEDERAL BAR NO. ct19105
UNITED STATES ATTORNEY'S OFFICE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604
(203)696-3000
(203)579-5575 (fax)
Stephen.Reynolds@usdoj.gov

## CERTIFICATE OF SERVICE

_____ This is to certify that a copy of the foregoing was forwarded on this 11th day of October

2006 to:

Timothy Aspinwall, Esq.
Aspinwall & Aspinwall
3200 Main Street
Stratford, CT  06614

Joseph P. Montesi
United States Probation Officer
U.S. Probation Office
157 Church Street
New Haven, Connecticut 06510

The Hon. Peter C. Dorsey
Senior United States District Judge_____
United States District Court
141 Church Street
New Haven, Connecticut 06510


STEPHEN B. REYNOLDS
ASSISTANT UNITED STATES ATTORNEY