UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE #3:04CR293(PCD) |
| v. | |
| EDWIN GONZALEZ | OCTOBER 13, 2006 |

## SENTENCING MEMORANDUM

The defendant, through counsel, will respectfully request a substantial sentencing departure in Mr. Gonzalez's case.

In support of said Memorandum, the defendant represents the following:

1. That the Government has agreed to file a 5K Motion for his substantial cooperation and testimony in trial.

2. In addition, the Court could consider a departure for extraordinary family circumstances.

3. Mr. Gonzalez has three children and a wife. The children's ages are 6, 3 and 1. One of the children was sexually abused as a child and has severe psychological issues associated with the sexual abuse.

4. In addition, the family will have severe financial problems associated with his incarceration.

For all the above reasons, the defendant, through counsel, would respectfully request a substantial departure from the guidelines.

1

THE DEFENDANT, EDWIN GONZALEZ

By _____
Atty. Timothy P. Aspinwall    Fed. Bar #03452
3200 Main Street
Stratford, CT 06614
Tel: (203) 377-7348
FAX: (203) 378-1836
E-Mail: atty.aspinwall@sbcglobal.net

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid, on the date first hereinabove written, to the following:

**Original sent to:**

Clerk, U. S. District Court
141 Church Street
New Haven, CT 06510

**Copy sent to:**

Hon. Peter C. Dorsey
Senior U. S. District Judge
141 Church Street
New Haven, CT 06510

Assistant U. S. Attorney Stephen B. Reynolds
United States Attorney's Office
915 Lafayette Boulevard – Room 309
Bridgeport, CT 06604

Mr. Joseph Montesi, Probation Department
157 Church Street – 22nd Floor
New Haven, CT 06510

_____
Timothy P. Aspinwall

2