UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE #3:04CR293(PCD) |
| v. | : | |
| EDWIN GONZALEZ | : | NOVEMBER 25, 2008 |

## MOTION TO MODIFY CONDITIONS OF PROBATION

The defendant, EDWIN GONZALEZ, through counsel, respectfully requests that his probation be terminated.

In support of said motion, the defendant represents the following:

1. That the defendant was sentenced to a term of nine months, followed by three years of probation on October 20, 2006.

2. That the defendant has served his incarceration portion of his sentence and is currently on probation under the supervision of Senior Assistant Probation Officer Paul Collette.

3. That the defendant has completed the mandated three hundred hours of community service.

4. That the defendant is currently scheduled to discharge from probation on October 3, 2010.

5. That the defendant is fully employed and resides with his wife and children.

6. That counsel knows of no objection to this motion to terminate his probation.

7. That counsel would suggest to the Court that this modification would help the defendant maintain his current employment and to maintain his family support network.

For all the foregoing reasons, the defendant respectfully requests that his probation, absent objection, be terminated.

THE DEFENDANT, EDWIN GONZALEZ

By: _____
Attorney Timothy P. Aspinwall – ct - #03452
3200 Main Street
Stratford, CT 06614
Tel: (203) 377-7348
FAX: (203) 378-1836
E-Mail: atty.aspinwall@sbcglobal.net

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed to all counsel of record as follows on date first hereinabove written:

**Original sent to:**

Clerk, U. S. District Court
141 Church Street
New Haven, CT 06510

**Copy sent to:**

Hon. Peter C. Dorsey
Senior U. S. District Judge
141 Church Street
New Haven, CT 06510

Assistant U. S. Attorney Stephen B. Reynolds
United States Attorney's Office
915 Lafayette Boulevard – Room 309
Bridgeport, CT 06604

Mr. Paul Collette
157 Church Street – 22nd Floor
New Haven, CT 06510

Mr. Edwin Gonzalez
220 Hyde Street
New Haven, CT 06512

_____
Timothy P. Aspinwall